1  THERESE Y. CANNATA (SBN 88032)
   JUNA KIM (SBN 230100)
2  CANNATA, CHING & O'TOOLE LLP
   100 Pine Street, Suite 350
3  San Francisco, CA 94111
   Telephone:  (415) 409-8900
4  Facsimile:   (415) 409-8904
   Email: tcannata@ccolaw.com
5
6  Attorneys for Plaintiffs
   IRVINE H. LEEN AND ALETA LEEN
7

8            UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10
   IRVINE H. LEEN and ALETA LEEN          CASE NO.  2:12-CV-1627 LKK-CMK
11
                 Plaintiffs,
12                                        **STIPULATION BY ALL PARTIES TO
        v.                                RESET DATES PENDING MOTIONS
13                                        AND INITIAL STATUS CONFERENCE
   HAROLD M. THOMAS, an individual;       AND ORDER**
14 SANDRA MOREY, an individual; JOHN
   LANE, an individual; CHARLTON H.       _____/
15 BONHAM, in his official capacity as
   Director of the California Department of
16 Fish & Game; BARBARA EVOY, in her      Dept.:  4
   official capacity as Deputy Director of the  Judge:  Hon. Lawrence K. Karlton
17 California State Water Resources Control
   Board; MICHAEL RAMSEY, in his official
18 capacity as Butte County District Attorney,
   and DOES 1-20, inclusive,
19
20               Defendants.
   _____/
21

22        Plaintiffs Irvine Leen and Aleta Leen (collectively "Plaintiffs"), and Defendants Harold

23 Thomas, John Lane, Michael Ramsey, Sandra Morey, Charlton Bonham, and Barbara Evoy by

24 and through their respective counsel, stipulate to the following in accordance with Local Rule

25 143.

26

27 / / /

28 / / /

WHEREAS on May 17, 2012, Plaintiffs filed their action in Butte County Superior Court styled as *Irvine Leen, and Aleta Leen v. Thomas, et. al.* (Case No. 156797);

WHEREAS on June 18, 2012, defendants Messrs. Ramsey, Mr. Thomas, and Mr. Lane removed this action to the United States District Court, Eastern District of California (Case No. 2:12-CV-1627 LKK-CMK);

WHEREAS the Defendants have filed their respective motions to dismiss and/or motion to strike and/or motion to remand, which are now scheduled to be heard on September 4, 2012;

WHEREAS the Court's Initial Status Conference is set for September 10, 2012;

WHEREAS the Parties agree that it is in the interest of judicial economy to coordinate plaintiffs' motion for leave to file a proposed amended complaint, along with the hearing dates of all pending motions and the Initial Status Conference;

WHEREFORE, the Parties stipulate and agree as follows:

1.      The current hearing date, September 4, 2012 for the motions listed below, shall be now heard on **October 1, 2012 at 10:00 a.m.**, or as soon thereafter as the matter can be heard, in the courtroom of the Honorable Lawrence K. Karlton.

        a.      Defendants Messrs. Ramsey, Mr. Thomas, and Mr. Lane's Motion to Dismiss and Motion to Strike.

        b.      Defendant Ms. Evoy's Motion to Remand and in the alternative Motion to Dismiss.

        c.      Defendant Ms. Morey's Motion to Dismiss.

        d.      Defendant Mr. Bonham's Motion to Dismiss.

2.      The Defendants shall serve and file their respective Reply brief, per Local Rule 230, in accordance with the October 1, 2012 hearing date.

3.      In the interest of judicial economy, the Parties jointly request the Court to continue the Initial Status Conference, presently set for September 10, 2012, for a date after the October 1, 2012 hearing date.

4.      The Parties agree to file with the Court and serve upon all other parties, fourteen (14) days preceding the newly set Initial Status Conference date, a Status Report.

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 350
San Francisco, CA 94111
TEL:(415)409-8900 • FAX:(415)409-8904

5.     The Parties agree to exchange their respective initial disclosures and electronic copies, where electronic copies are feasible, of the non-privileged documents identified, therein no later than the date of the newly set Initial Status Conference date.  Where an electronic copy of a document is not feasible, a paper copy of the document will be provided on or before the date of the newly set Initial Status Conference date.

Dated: August 24, 2012                    CANNATA, CHING & O'TOOLE LLP


/s/ Juna Kim_____
THERESE Y. CANNATA
JUNA KIM
Attorneys for Plaintiffs
IRVINE H. LEEN AND ALETA LEEN


Dated: August 24, 2012                    PORTER SCOTT


/s/ Robindeep Basra (as authorized on 8/24/12)
STEPHEN E. HORAN
ROBINDEEP BASRA
Attorneys for Defendants MICHAEL RAMSEY,
HAROLD THOMAS, AND JOHN LANE


Dated: August 24, 2012                    KAMALA D. HARRIS
                                          Attorney General of California
                                          ALBERTO L. GONZALEZ
                                          Supervising Deputy Attorney General


/s/ Catherine W. Guess (as authorized on 8/24/12)
CATHERINE WOODBRIDGE GUESS
Deputy Attorney General
Attorneys for Defendant SANDRA MOREY

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 350
San Francisco, CA 94111
TEL:(415)409-8900 ▪ FAX: (415)409-8904

Dated: August 24, 2012

KAMALA D. HARRIS
Attorney General of California
ROBERT W. BYRNE
Supervising Deputy Attorney General


/s/ William Jenkins (as authorized on 8/24/12)
WILLIAM JENKINS
Deputy Attorney General
Attorneys for Defendant BARBARA EVOY


Dated: August 24, 2012

KAMALA D. HARRIS
Attorney General of California
DENISE FERKICH HOFFMAN
Supervising Deputy Attorney General


/s/ Teri H. Ashby (as authorized on 8/24/12)
TERI H. ASHBY
Deputy Attorney General
Attorneys for Defendant CHARLTON H. BONHAM

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 350
San Francisco, CA 94111
TEL: (415) 409-8900 ∎ FAX: (415) 409-8904

## ORDER APPROVING STIPULATION

FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

1.      The hearing date of September 4, 2012 for the motions listed below, shall be now heard on **October 1, 2012 at 10:00 a.m.**, or as soon thereafter as the matter can be heard, in the courtroom of the Honorable Lawrence K. Karlton.

        a.      Defendants Messrs. Ramsey, Mr. Thomas, and Mr. Lane's Motion to Dismiss and Motion to Strike.

        b.      Defendant Ms. Evoy's Motion to Remand and in the alternative Motion to Dismiss.

        c.      Defendant Ms. Morey's Motion to Dismiss.

        d.      Defendant Mr. Bonham's Motion to Dismiss.

2.      The Defendants shall serve and file their respective Reply brief, per Local Rule 230, in accordance with the October 1, 2012 hearing date.

3.      The Initial Status Conference, presently set for September 10, 2012, shall now be heard on November 13, 2012 at 10:30 a.m.

4.      All parties shall file with the Court and serve upon all other parties, fourteen (14) days preceding the Initial Status Conference, a Status Report.

IT IS SO ORDERED.

DATED: August 27, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 350
San Francisco, CA 94111
TEL: (415) 409-8900 ● FAX: (415) 409-8904