UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IRVINE H. LEEN and
ALETA LEEN,

        NO. CIV. S-12-1627 LKK/CMK

    Plaintiffs,

  v.

        O R D E R

HAROLD M. THOMAS, an
individual; SANDRA MOREY,
an individual; JOHN LANE,
an individual; CHARLTON H.
BONHAM, in his official
capacity as Director of
the California Department
of Fish & Game; BARBARA EVOY,
in her official capacity as
Deputy Director of the
California State Water
Resources Control Board;
MICHAEL RAMSEY, in his
official capacity as Butte
County District Attorney,
and DOES 1-20, inclusive,

    Defendants.
_____/

    Pending before the court in the above-captioned case are the following motions: (1) a motion to dismiss and a motion to strike by Defendants John Lane, Michael Ramsey, and Harold M. Thomas, ECF No. 4; (2) a motion to remand or, in the alternative, dismiss by

1

Defendant Barbara Evoy, ECF No. 5; (3) a motion to dismiss by Defendant Sandra Morey, ECF No. 7; (4) a motion to dismiss by Defendant Charlton H. Bonham, ECF No. 8; and (5) Plaintiffs' motion for leave to file a first amended complaint, ECF No. 13.

Federal Rule of Civil Procedure 15(a)(2) provides that a party may amend its pleading upon the court's leave and that "[t]he court should freely give leave when justice so requires." Fed.R.Civ.P. 15(a)(2). This policy is "to be applied with extreme liberality." Eminence Capital, LLC v. Aspeon, Inc., 316 F.3d 1048, 1051 (9th Cir. 2003).

Having considered the parties' arguments relating to Plaintiffs' motion for leave to file a first amended complaint, the court finds that good cause exists to allow Plaintiffs' to file their first amended complaint.

Accordingly, the court orders as follows:

- Plaintiffs' motion for leave to file a first amended complaint, ECF No. 13, is GRANTED.
- Defendants' motions to dismiss, strike, and remand, ECF Nos. 4, 5, 7, 8, are DENIED, without prejudice to renewal after the filing of Plaintiffs' first amended complaint.
- The hearing on the aforementioned motions, currently scheduled for October 1, 2012 at 10:00 A.M. is VACATED.
- Plaintiffs' SHALL file their first amended complaint within fourteen (14) days of the issuance of this order.

////

1    IT IS SO ORDERED.

2    DATED: September 26, 2012.

```
                            /s/ Lawrence K. Karlton
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT
```