UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IRVINE H. LEEN and
ALETA LEEN,

          NO. CIV. S-12-1627 LKK/CMK

    Plaintiffs,

   v.

          O R D E R

HAROLD M. THOMAS, an
individual; SANDRA MOREY,
an individual; JOHN LANE,
an individual; CHARLTON H.
BONHAM, in his official
capacity as Director of
the California Department
of Fish & Game; BARBARA EVOY,
in her official capacity as
Deputy Director of the
California State Water
Resources Control Board;
MICHAEL RAMSEY, in his
official capacity as Butte
County District Attorney,
and DOES 1-20, inclusive,

    Defendants.
_____/

    The parties having participated in a Status Conference on November 13, 2012, and good cause appearing, the court orders as follows:

////

1

1.  This matter is stayed in its entirety, and all pending motions and their respective hearing dates are hereby **VACATED**.

2.  The parties are granted seven (7) days to complete and file with the court the attached form referring this matter to the Voluntary Dispute Resolution Program ("VDRP").

3.  Defendants Charlton H. Bonham (California Department of Fish and Game), and Sandra Morey, shall be prepared, prior to starting VDRP, to state what they plan to do after the pending agency matter is determined.

4.  Plaintiff shall inform the court of the outcome of the VDRP within seven (7) days of the conclusion of that arbitration.

IT IS SO ORDERED.

DATED: November 13, 2012.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT