UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IRVINE H. LEEN and
ALETA LEEN,

          NO. CIV. S-12-1627 LKK/CMK

    Plaintiffs,

  v.

          O R D E R

HAROLD M. THOMAS, et al.,

    Defendants.
_____/

    Pursuant to stipulation of the parties, this matter is REFERRED to the court's Voluntary Dispute Resolution Program (VDRP).

    IT IS SO ORDERED.

    DATED: November 19, 2012.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1