UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IRVINE H. LEEN and
ALETA LEEN,

        Plaintiffs,

    v.

HAROLD M. THOMAS, an individual; SANDRA MOREY, an individual; JOHN LANE, an individual; JOHN O'HAGAN, an individual; CHARLTON H. BONHAM, in his official capacity as Director of the California Department of Fish & Game; BARBARA EVOY, in her official capacity as Deputy Director of the California State Water Resources Control Board; MICHAEL RAMSEY, in his official capacity as Butte County District Attorney, and
DOES 1-20, inclusive,

        Defendants.
_____/

NO. Civ.S-12-1627 LKK/CMK

**ORDER RE DISPOSAL**
**DOCUMENTS AFTER**
**<u>NOTIFICATION OF SETTLEMENT</u>**

    Counsel for plaintiffs have filed a Notice of Conditional Settlement in the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later

1

1  than thirty (30) days from the effective date of this order.
2      All hearing dates heretofore set in this matter are hereby
3  **VACATED.**
4      <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
5  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
6  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>
7      IT IS SO ORDERED.
8      DATED: August 6, 2012.

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT