UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVINE H. LEEN and ALETA LEEN, | |
| Plaintiffs, | NO. Civ.S-12-1627 LKK/CMK |
| v. | **ORDER RE DISPOSAL DOCUMENTS AFTER <u>NOTIFICATION OF SETTLEMENT</u>** |
| HAROLD M. THOMAS, an individual; SANDRA MOREY, an individual; JOHN LANE, an individual; JOHN O'HAGAN, an individual; CHARLTON H. BONHAM, in his official capacity as Director of the California Department of Fish & Game; BARBARA EVOY, in her official capacity as Deputy Director of the California State Water Resources Control Board; MICHAEL RAMSEY, in his official capacity as Butte County District Attorney, and DOES 1-20, inclusive, | |
| Defendants. | |

Counsel for plaintiffs have filed a Notice of Conditional Settlement in the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later

1

than thirty (30) days from the effective date of this order.

All hearing dates heretofore set in this matter are hereby **VACATED.**

<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

IT IS SO ORDERED.

DATED: August 6, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT