THERESE Y. CANNATA (SBN 88032)
KIMBERLY A. ALMAZAN (SBN 288605)
CANNATA, CHING & O'TOOLE LLP
100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone:  (415) 409-8900
Facsimile:   (415) 409-8904
Email: tcannata@ccolaw.com

Attorneys for Plaintiffs
IRVINE H. LEEN AND ALETA LEEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVINE H. LEEN and ALETA LEEN,<br><br>       Plaintiffs,<br><br>  v.<br><br>HAROLD M. THOMAS, an individual; SANDRA MOREY, an individual; JOHN LANE, an individual; JOHN O'HAGAN, an individual; CHARLTON H. BONHAM, in his official capacity as Director of the California Department of Fish & Game; BARBARA EVOY, in her official capacity as Deputy Director of the California State Water Resources Control Board; MICHAEL RAMSEY, in his official capacity as Butte County District Attorney, and DOES 1-20, inclusive,<br><br>       Defendants. | CASE NO.  2:12-CV-1627 LKK-CMK<br><br>**NOTICE OF DISMISSAL OF FIRST AMENDED COMPLAINT AS AGAINST DEFENDANTS BARBARA EVOY AND JOHN O'HAGAN** |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Irvine and Aleta Leen hereby request that, pursuant to the terms of the settlement reached in this matter with defendants Barbara Evoy and

John O'Hagan, the First Amended Complaint be dismissed with prejudice as against defendants Barbara Evoy and John O'Hagan.

Respectfully submitted,

Dated: September 5, 2013        CANNATA, CHING & O'TOOLE LLP

/s/ Therese Y. Cannata
THERESE Y. CANNATA
Attorneys for Plaintiffs
IRVINE H. LEEN AND ALETA LEEN

## ORDER

Good cause appearing, defendants Evoy and O'Hagan not having answered or filed summary judgment motions, and plaintiffs therefore having the authority to dismiss those defendants even without this order, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), IT IS HEREBY ORDERED THAT the First Amended Complaint is dismissed with prejudice as against defendants Barbara Evoy and John O'Hagan.

SO ORDERED.

DATED: September 10, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT