UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVINE H. LEEN and ALETA LEEN,<br><br>    Plaintiffs,<br><br>    v.<br><br>HAROLD M. THOMAS, an individual, et al.,<br><br>    Defendants. | No.  CIV S-12-1627 LKK/CMK<br><br>**ORDER** |

   Plaintiff having filed a motion to amend the complaint (ECF No. 67), the hearing on defendants' motions to dismiss (ECF Nos. 56, 62 and 63), currently scheduled to be heard on October 7, 2013, are hereby **CONTINUED** to October 21, 2013 at 10:00 a.m., so that all the motions may be heard together.

   IT IS SO ORDERED.

   DATED:  October 1, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1