THERESE Y. CANNATA (SBN 88032)
KIMBERLY A. ALMAZAN (SBN 288605)
CANNATA, CHING & O'TOOLE LLP
100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone:  (415) 409-8900
Facsimile:   (415) 409-8904
Email: tcannata@ccolaw.com

Attorneys for Plaintiffs
IRVINE H. LEEN AND ALETA LEEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVINE H. LEEN and ALETA LEEN,<br><br>Plaintiff,<br><br>v.<br><br>HAROLD M. THOMAS, an individual; SANDRA MOREY, an individual; JOHN LANE, an individual; CHARLTON H. BONHAM, in his official capacity as Director of the California Department of Fish & Game; MICHAEL RAMSEY, in his official capacity as Butte County District Attorney, and DOES 1-20, inclusive,,<br><br>Defendant. | No.  2:12-CV-1627 LKK-CMK<br><br>STIPULATION BY ALL PARTIES TO EXTEND PLAINTIFFS' TIME TO FILE SECOND AMENDED COMPLAINT<br><br>Courtroom:   4<br>Judge:        Hon. Lawrence K. Karlton |

Plaintiffs Irvine Leen and Aleta Leen (collectively "Plaintiffs"), and Defendants Harold Thomas, John Lane, Michael Ramsey, Sandra Morey and Charlton Bonham (collectively, "Defendants") by and through their respective counsel, stipulate to the following in accordance with Local Rule 143.

/ / /

/ / /

/ / /

1

STIPULATION AND ORDER

WHEREAS on May 17, 2012, Plaintiffs filed their action in Butte County Superior Court styled as *Irvine Leen and Aleta Leen v. Thomas, et al.* (Case No. 156797);

WHEREAS on June 18, 2012, defendants Messrs. Ramsey, Mr. Thomas, and Mr. Lane removed this action to the United States District Court, Eastern District of California (Case No. 2:12-CV-1627 LKK-CMK);

WHEREAS on June 2, 2014, this Court issued an order granting the Defendants' motions to dismiss (Docket Nos. 56, 62 and 63);

WHEREAS on June 3, 2014, this Court issued a Minute Order in which it ordered Plaintiffs to file any amended complaint within 30 days of the Minute Order (i.e., by July 3, 2014);

WHEREAS Plaintiffs requested, and Defendants agreed to, a one-week extension of time for Plaintiffs to file their amended complaint;

WHEREFORE, the Parties stipulate and agree that Plaintiffs' deadline to file their amended complaint is now **July 10, 2014** rather than July 3, 2014.

Dated: July 1, 2014          CANNATA, CHING & O'TOOLE LLP

/s/ Therese Cannata
THERESE Y. CANNATA
Attorneys for Plaintiffs
IRVINE H. LEEN AND ALETA LEEN

Dated: July 1, 2014          PORTER SCOTT

/s/ Stephen Horan (as authorized on 7/1/14)
STEPHEN E. HORAN
Attorneys for Defendants MICHAEL RAMSEY,
HAROLD THOMAS, AND JOHN LANE

Dated: July 1, 2014          KAMALA D. HARRIS
Attorney General of California

/s/ Catherine W. Guess (as authorized on 7/1/14)
CATHERINE WOODBRIDGE GUESS
Deputy Attorney General
Attorneys for Defendant SANDRA MOREY

| | |
|---|---|
| Dated: July 1, 2014 | KAMALA D. HARRIS<br>Attorney General of California<br><br>/s/ Teri H. Ashby (as authorized on 7/1/14)<br>TERI H. ASHBY<br>Deputy Attorney General<br>Attorneys for Defendant CHARLTON H. BONHAM |

## ORDER APPROVING STIPULATION

FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

Plaintiffs shall file any amended complaint by July 10, 2014.

IT IS SO ORDERED.

DATED: July 2, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT