1  THERESE Y. CANNATA (SBN 88032)
   KIMBERLY A. ALMAZAN (SBN 288605)
2  CANNATA, CHING & O'TOOLE LLP
   100 Pine Street, Suite 350
3  San Francisco, CA 94111
   Telephone: (415) 409-8900
4  Facsimile: (415) 409-8904
   Email: tcannata@ccolaw.com
5
   Attorneys for Plaintiffs
6  IRVINE H. LEEN AND ALETA LEEN

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | IRVINE H. LEEN and ALETA LEEN, | No. 2:12-CV-1627 LKK-CMK |
|---|---|
12 | Plaintiff, | |
13 | v. | STIPULATION BY ALL PARTIES TO ALLOW PLAINTIFFS' TO FILE THIRD AMENDED COMPLAINT |
14 | HAROLD M. THOMAS, an individual; MICHAEL RAMSEY, an individual; SANDRA MOREY, an individual; JOHN LANE, an individual; JENNY MARR, an individual; and DOES 1-20, inclusive, | |
17 | Defendant. | Courtroom: 4  Judge: Hon. Lawrence K. Karlton |

18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

                                    1
                            STIPULATION AND ORDER

Pursuant to Eastern District Local Rule 220 and Federal Rule of Civil Procedure 15, Plaintiffs Irvine Leen and Aleta Leen (collectively "Plaintiffs"), and Defendants Harold Thomas, John Lane, Michael Ramsey, Sandra Morey, and former defendant Charlton Bonham (collectively, "Defendants") by and through their respective counsel, hereby stipulate as follows:

1. WHEREAS on Monday, July 14, 2014, counsel to former defendant Charlton Bonham informed plaintiffs' counsel via email, that she could not determine whether Mr. Bonham remained a defendant in the above-mentioned case because the body of the complaint contained remnants of the former allegations against Mr. Bonham. Plaintiffs' counsel responded that Mr. Bonham is no longer a defendant in the action and that the allegations were inadvertently included in the body of the complaint;

2. WHEREAS on Monday, July 14, 2014, Mr. Bonham's counsel requested that plaintiffs file an errata with the Court deleting any allegations pertaining to Mr. Bonham;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the Parties hereto through their undersigned counsel of record, that:

(a) Plaintiffs may file a Third Amended Complaint, which deletes any and all references to Mr. Bonham and fixes minor typographical errors. Attached hereto as Exhibits A and B, respectively, are red-lined and clean copies of Plaintiff's proposed Third Amended Complaint.

(b) Defendants shall file their responses to the Third Amended Complaint on or before August 15, 2014.

| | |
|---|---|
| Dated: July 25, 2014 | CANNATA, CHING & O'TOOLE LLP |
| | /s/ Therese Cannata<br>THERESE Y. CANNATA<br>Attorneys for Plaintiffs<br>IRVINE H. LEEN AND ALETA LEEN |
| Dated: July 25, 2014 | PORTER SCOTT |
| | /s/ Stephen Horan (as authorized on 7/25/14)<br>STEPHEN E. HORAN<br>Attorneys for Defendants MICHAEL RAMSEY, HAROLD THOMAS, AND JOHN LANE |
| Dated: July 25, 2014 | KAMALA D. HARRIS<br>Attorney General of California |
| | /s/ Catherine W. Guess (as authorized on 7/25/14)<br>CATHERINE WOODBRIDGE GUESS<br>Deputy Attorney General<br>Attorneys for Defendant SANDRA MOREY |
| Dated: July 25, 2014 | KAMALA D. HARRIS<br>Attorney General of California |
| | /s/ Teri H. Ashby (as authorized on 7/25/14)<br>TERI H. ASHBY<br>Deputy Attorney General<br>Attorneys for Defendant CHARLTON H. BONHAM |

## ORDER APPROVING STIPULATION

FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

Plaintiffs may file a Third Amended Complaint, which deletes any and all references to Mr. Bonham, and fixes minor typographical errors. Defendants shall file their responses to the Third Amended Complaint on or before August 15, 2014.

IT IS SO ORDERED.

DATED: August 5, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT