UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVINE H. LEEN and ALETA LEEN,<br><br>  Plaintiffs,<br><br>  v.<br><br>HAROLD M. THOMAS, et al.,<br><br>  Defendants. | No. CIV. S-12-1627 LKK/CMK<br><br>**ORDER** |

Counsel for plaintiffs has filed a Notice of Conditional Settlement between plaintiffs Irvine and Aleta Leen and defendants Sandra Morey and Jenny Marr. The court now orders that a Notice of Dismissal between **these parties only** be filed no later than thirty (30) days from the effective date of this order.

<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

IT IS SO ORDERED.

DATED: August 18, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1