THERESE Y. CANNATA (SBN 88032)
KIMBERLY ALMAZAN (SBN 288605)
CANNATA, CHING & O'TOOLE LLP
100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 409-8900
Facsimile: (415) 409-8904
Email: tcannata@ccolaw.com

Attorneys for Plaintiffs
IRVINE H. LEEN AND ALETA LEEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVINE H. LEEN and ALETA LEEN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HAROLD M. THOMAS, an individual; JOHN LANE, an individual; MICHAEL RAMSEY, an individual, and DOES 1-20, inclusive,<br><br>　　　　Defendants. | Case No. 2:12-CV-1627 TLN-CMK<br><br>**STIPULATION AND ORDER BY ALL PARTIES TO CONTINUE HEARING DATE**<br><br>———————————————————/<br><br>Judge: Hon. Troy L. Nunley<br><br>Complaint filed: May 17, 2012<br>1st Amended Complaint filed: October 10, 2012<br>2nd Amended Complaint filed: July 10, 2014<br>3rd Amended Complaint filed: August 6, 2014<br>Trial Date: TBD |

　　　　Plaintiffs Irvine Leen and Aleta Leen (collectively "Plaintiffs"), and Defendants Harold Thomas, John Lane, Michael Ramsey (collectively, "Defendants") by and through their respective counsel, stipulate to the following in accordance with Local Rule 143.

　　　　WHEREAS on August 15, 2014, Defendants filed a Motion to Dismiss (the "MTD") Plaintiffs' Third Amended Complaint (Docket No. 94);

　　　　WHEREAS on September 24, 2014, Plaintiffs filed an opposition (the "Opposition") to the MTD (Docket No. 102);

WHEREAS a hearing on the MTD was scheduled for October 9, 2014 at 2:00 p.m. before the Honorable Troy L. Nunley;

WHEREAS the Defendants have requested that Plaintiffs stipulate to continue the October 9, 2014 hearing to a later date due to other matters requiring Defendants' counsel's immediate attention;

WHEREAS Plaintiffs agree to continue the October 9, 2014 hearing date on the condition that Plaintiffs be permitted to withdraw and re-file their Opposition should they choose to do so;

WHEREAS Defendants agree to permit Plaintiffs to withdraw and re-file their Opposition should Plaintiffs choose to do so;

NOW THEREFORE, the parties stipulate and agree as follows:

1. The hearing date on the MTD shall be moved from October 9, 2014 at 2:00 p.m. to **November 20, 2014 at 2:00 p.m.** in the courtroom of the Honorable Troy L. Nunley.

   a. Should Plaintiffs choose to withdraw and re-file their Opposition, said Opposition shall be filed on or before November 6, 2014.

   b. Defendants' reply to the MTD shall be filed on or before November 13, 2014.

Dated: September 26, 2014     CANNATA, CHING & O'TOOLE LLP

/s/ Kimberly Almazan
THERESE Y. CANNATA
KIMBERLY ALMAZAN
Attorneys for Plaintiffs
IRVINE H. LEEN AND ALETA LEEN

Dated: September 26, 2014     PORTER SCOTT

/s/ Kevin Kreutz (as authorized on 9/26/14)
STEPHEN E. HORAN
KEVIN KREUTZ
Attorneys for Defendants MICHAEL RAMSEY, HAROLD THOMAS, AND JOHN LANE

## ORDER APPROVING STIPULATION

FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

1. The hearing date on the MTD shall be moved from October 9, 2014 at 2:00 p.m. to **November 20, 2014 at 2:00 p.m.** in the courtroom of the Honorable Troy L. Nunley.

    a. Should Plaintiffs choose to withdraw and re-file their Opposition, said Opposition shall be filed on or before November 6, 2014.

    b. Defendants' reply to the MTD shall be filed on or before November 13, 2014.

IT IS SO ORDERED.

Dated: October 2, 2014

_____
Troy L. Nunley
United States District Judge