121627THERESE Y. CANNATA (SBN 88032)
KIMBERLY A. ALMAZAN (SBN 288605)
CANNATA, O'TOOLE, FICKES & ALMAZAN LLP
100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone:  (415) 409-8900
Facsimile:   (415) 409-8904
Email: tcannata@cofalaw.com

Attorneys for Plaintiffs
IRVINE H. LEEN AND ALETA LEEN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVINE H. LEEN and ALETA LEEN,<br><br>             Plaintiffs,<br><br>      v.<br><br>HAROLD M. THOMAS, an individual; MICHAEL RAMSEY, an individual; SANDRA MOREY, an individual; JOHN LANE, an individual; JENNY MARR, an individual; and DOES 1-20, inclusive,<br><br>             Defendants. | No.  2:12-cv-01627-TLN-CMK<br><br>STIPULATION AND ORDER REGARDING PLAINTIFFS' FOURTH AMENDED COMPLAINT<br><br>Courtroom:   2<br>Judge:          Hon. Troy L. Nunley |

// 

// 

// 

// 

// 

// 

// 

// 

1

STIPULATION AND ORDER

Pursuant to Eastern District Local Rule 220 and Federal Rule of Civil Procedure 15, Plaintiffs Irvine Leen and Aleta Leen (collectively "Plaintiffs"), and Defendants Harold Thomas, John Lane, and Michael Ramsey (collectively "Defendants"), by and through their respective counsel, hereby stipulate as follows:

1. WHEREAS on Tuesday, August 18, 2015, the Honorable Judge Nunley granted Defendants' Motion to Dismiss with leave to amend ("Order") (Docket No. 110).

2. WHEREAS on Monday, August 24, 2015, Plaintiffs' counsel contacted defendants' counsel and requested thirty days to file the fourth amended complaint from the date of the Order. Defendants' counsel agreed to the request on August 25, 2015.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the Parties hereto through their undersigned counsel of record, that:

(a) Plaintiffs may file a Fourth Amended Complaint on or before September 17, 2015.

Dated: September 2, 2015        CANNATA, O'TOOLE, FICKES & ALMAZAN LLP

/s/ Therese Cannata
THERESE Y. CANNATA
Attorneys for Plaintiffs
IRVINE H. LEEN AND ALETA LEEN

Dated: September 2, 2015        PORTER SCOTT

/s/ Kevin Kreutz (as authorized on 9/2/2015)
KEVIN M. KREUTZ
Attorneys for Defendants MICHAEL RAMSEY, HAROLD THOMAS, AND JOHN LANE

# ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that:

Plaintiffs may file a Fourth Amended Complaint on or before September 17, 2015.

IT IS SO ORDERED.

Dated:  September 3, 2015

_____
Troy L. Nunley
United States District Judge