**PORTER | SCOTT**

A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
Kevin M. Kreutz, SBN 264654
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481 • FAX: 916.927.3706

Attorneys for Defendants, HAROLD THOMAS, JOHN LANE and MICHAEL RAMSEY

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IRVINE H. LEEN and ALETA LEEN,<br><br>Plaintiff,<br><br>v.<br><br>HAROLD M. THOMAS, an individual; MICHAEL RAMSEY, an individual; SANDRA MOREY, an individual; JOHN LANE, an individual; JENNY MARR, an individual; and DOES 1-20, inclusive,<br><br>Defendant.<br>_____/ | CASE NO.: 2:12-CV-01627 TLN-CMK<br><br>**STIPULATION AND ORDER BY ALL PARTIES TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO FOURTH AMENDED COMPLAINT**<br><br>Complaint Filed:  5/15/2012<br>1ST Amended Complaint filed: 10/10/2012<br>2nd Amended Complaint filed:  7/10/2014<br>3rd Amended Complaint filed:  8/6/2014<br>4th Amended Complaint filed:  9/17/2015 |

Plaintiffs Irvine Leen and Aleta Leen (collectively "Plaintiffs"), and Defendants Harold Thomas, John Lane and Michael Ramsey (collectively "Defendants"), by and through their respective counsel, hereby stipulate to the following in accordance with Local Rule 143.

WHEREAS on September 17, 2015, Plaintiffs filed a Fourth Amended Complaint ("FAC") (Docket No. 113);

WHEREAS the initial due date for Defendants to respond to the FAC is October 5, 2015;

WHEREAS the Defendants have requested that Plaintiffs stipulate to continue the October 5, 2015 deadline due to scheduling conflicts for Defendants and their respective counsel, and Plaintiffs have stipulated and agreed due to trial conflicts for their respective counsel;

WHEREAS Plaintiffs agree to continue the October 5, 2015 due date and stipulate and

1
**STIPULATION AND ORDER BY ALL PARTIES TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO FOURTH AMENDED COMPLAINT**

agree to a 30-day extension of time for Defendants to respond to the FAC;

WHEREAS the new stipulated proposed date for Defendants to respond to the FAC is November 4, 2015.

NOW THEREFORE, the parties stipulate and agree as follows:

1. The deadline for Defendants to respond to the FAC shall be moved from October 5, 2015 to November 4, 2015.

Respectfully submitted,

Dated:  October 7, 2015          PORTER SCOTT
                                 A PROFESSIONAL CORPORATION


                                 By /s/ Kevin M. Kreutz  (As authorized 10/1/15)
                                     Stephen E. Horan
                                     Kevin M. Kreutz
                                     Attorneys for Defendants HAROLD
                                     THOMAS, JOHN LANE and MICHAEL
                                     RAMSEY


Dated: October 1, 2015           CANNATA, CHING & O'TOOLE LLP


                                 By  /s/ Therese Y. Cannata (As authorized 10/1/15)
                                     THERESE Y. CANNATA
                                     KIMBERLY ALMAZAN
                                     Attorneys for Plaintiffs IRVINE H. LEEN
                                     and ALETA LEEN

**ORDER APPROVING STIPULATION**

FOR GOOD CAUSE APPEARING IT IS HEARBY ORDERED that:

The deadline for Defendants to respond to the Fourth Amended Complaint is hereby continued from October 5, 2015 to November 4, 2015.

**IT IS SO ORDERED.**

Dated:  October 7, 2015          _____
                                 Troy L. Nunley
                                 United States District Judge

**STIPULATION AND ORDER BY ALL PARTIES TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO FOURTH AMENDED COMPLAINT**